UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD E. RAILSBACK,

    Plaintiff,

    v.

ROBERT L. HARRIS, *et al.*,

    Defendants.

Case No. C01-5052FDB

ORDER

    This cause of action was dismissed for lack of subject matter jurisdiction on August 2, 2001. Plaintiff appealed, and the appeal was dismissed on March 25, 2002 for failure to file the opening brief on appeal. On December 21, 2004, Plaintiff moved to reinstate this case, and the motion was denied on January 19, 2005. On April 5, 2006, the Clerk's office received from Plaintiff an Amended Complaint in this matter for filing. This cause of action is closed, and the Clerk is directed to reject the proposed amended complaint. SO ORDERED.

    DATED this 10th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1